# UNITED STATES DISTRICT COURT
## Northern District of California

Anritsu Company,

                Plaintiff(s),

  v.

C.N. ROOD NV/SA,

                Defendant(s).
_____/

No. C 01-20708 JF MED

**NOTICE OF APPOINTMENT OF MEDIATOR**

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

Mark Katz
E*Trade Group, Inc.
405 El Camino Real
Menlo Park, CA 94025
650-996-4792

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

    Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

RICHARD W. WIEKING
by: Rebecca Tatlonghari

/s/

Dated: June 16, 2003

_____
ADR CASE ADMINISTRATOR
415-522-2180

**UNITED STATES DISTRICT COURT**
For the Northern District of California

**PROOF OF SERVICE**

Case Name: Anritsu Company v. C.N. ROOD NV/SA

Case Number: C 01-20708 JF MED

Bruce C. Piontkowski
Ropers Majeski Kohn & Bentley
80 North First Street
San Jose, CA 95113
bpiontkowski@ropers.com

Curtis R. Tingley
Ropers, Majeski, Kohn & Bentley
80 North First Street
San Jose, CA 95113
ctingley@ropers.com

James G. Snell
McCutchen Doyle Brown Enersen LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
jsnell@mdbe.com

Kevin A. Fitzgerald
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303-2223
kevin.fitzgerald@bingham.com

Kent Brian Bathurst
Dowling, Aaron & Keeler, Inc.
6051 N. Fresno Street
Suite 200
Fresno, CA 93710
kbathurst@daklaw.com

Mark Katz
E*Trade Group, Inc.
405 El Camino Real
Menlo Park, CA 94025
mkatz50889@aol.com

June 16, 2003